**Order entered June 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00058-CR

**EDDIE DAVENPORT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-39882-R**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the reporter's record; (3) the trial court appointed the Dallas County Public Defender's Office to represent appellant on appeal; (4) Mary Snider is the court reporter who recorded the proceedings; (5) Ms. Snider's explanation for the delay in filing the record was the uncertainty about whether appellant desired to pursue the appeal; and (6) Ms. Snider requested fourteen days from the June 15, 2015 findings to file the reporter's record.

We **ORDER** court reporter Mary Snider to file the reporter's record by **JULY 13, 2015**.

We **DIRECT** the Clerk to send copies of this order to Mary Snider, official court reporter, 265th Judicial District Court, and to counsel for all parties.


/s/    ADA BROWN
        JUSTICE